UNITED STATES DISTRICT COURT                    MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: 1/9/2008            CASE NUMBER:  08-15027M-001- SD

USA vs. Teresa Zuniga-Mora

U.S. MAGISTRATE JUDGE: JAY R. IRWIN  #: 70BK

A.U.S. Attorney _____    INTERPRETER_____
                                             LANGUAGE_____
Attorney for Defendant Brenda Sandoval (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT: ☐ PRESENT  ☒ NOT PRESENT  ☐ CUSTODY
DOA 1/3/2008        ☐ Initial Appearance        ☐ Appointment of counsel hearing held
☐ Financial Afdvt taken   ☐ Defendant Sworn   ☐ Financial Afdvt sealed
☐ Rule 5(c)(3)            ☐ Defendant states true name to be _____. Further proceedings ORDERED in Defendant's true name.

| DETENTION HEARING:<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☐ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br>   ☐ Flight risk ☐ Danger | IDENTITY HEARING:<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued. |
| --- | --- |
| PRELIMINARY HEARING:<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found  ☐ Dismissed<br>☐ Held to answer before District Court | STATUS HEARING: re: Prosecution<br>☐ Held ☐ Con't ☐ Reset<br><br>Set for:<br>Before: |

Other: Senior Patrol Agent Jeff A. Gearhart, on behalf of the Government, moves to dismiss the complaint. The defendant never appeared in Court and returned for medical reasons. IT IS ORDERED dismissing the Complaint without prejudice. Case closed.

Recorded by Courtsmart (2 Min)
BY: Jocelyn M. Arviso
Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Teresa ZUNIGA-Mora
Citizen of Mexico
YOB: 1962
A88 670 836
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 08-15027 M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about January 3, 2008, near Andrade, California in the Southern District of California, Defendant Teresa ZUNIGA-Mora, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.    ☒ Yes  ☐ No

Signature of Complainant
Nicholas Francescutti
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

January 4, 2008    at    Yuma, Arizona
Date                        City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer        Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant: Teresa ZUNIGA-Mora

Dependents: None

**IMMIGRATION HISTORY:** The Defendant is an illegal alien. **The Defendant has three (3) prior apprehensions by the Border Patrol.**

**CRIMINAL HISTORY:**

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 05/04/95 | Santa Barbara, CA | Theft Personal Property | No Disposition |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Andrade, California.

The Defendant was questioned as to his citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

**The Defendant is being presented for prosecution proceedings under "Operation Streamline." The Defendant entered the United States from Mexico through a designated "zero tolerance zone."**

The Defendant last entered the United States illegally without inspection near Andrade, California on January 3, 2008.

Charges: 8 USC§1325   (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____January 4, 2008_____
Date

_____
Signature of Judicial Officer